

**JAMES E. JOHNSON**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ROSEMARY C. YOGIAVEETIL**
Phone: (212) 356-0877
Fax: (212) 356-1148
ryogiave@law.nyc.gov

August 11, 2020

**Via ECF**
Honorable Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Sergei A. Kravtchouk v. The City of New York, et al</u>,
              Case No. 16-cv-4787-RRM-JO

Your Honor:

      I am the Assistant Corporation Counsel assigned to represent Defendants the City of New York, Police Officer David Ramos, Police Officer Ramysh Bangali, and Police Officer Pedro Vilorio in the above-referenced action. I write jointly with Plaintiff's counsel Ralph Reiser, Esq., to submit a proposed Stipulation and Order of Settlement and Dismissal ("Proposed Stipulation") for this Court's review and approval. A copy of the Proposed Stipulation is attached hereto as "Exhibit A."

      Thank you for your consideration of this request.

                                      Respectfully submitted,
                                      /s/
                                      Rosemary C. Yogiaveetil
                                      Assistant Corporation Counsel

cc:    **Via ECF**

       Honorable Magistrate Judge James Orenstein
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East, Courtroom 11D
       Brooklyn, New York 11201

Ralph G. Reiser
3 Walnut Drive
P.O. Box 171
Syosset, New York 11791
*Attorney for Plaintiff*